Jeffrey W. Dulberg (CA Bar No. 181200)
John W. Lucas (CA State Bar No. 271038)
Jeffrey P. Nolan (CA Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
Email: jdulberg@pszjlaw.com
          jlucas@pszjlaw.com
          jnolan@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| In re<br><br>LESLIE KLEIN,<br><br>Debtor.<br><br>BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>Plaintiff,<br>vs.<br><br>LESLIE KLEIN, an individual, etc., *et al.*,<br><br>Defendants. | Case No. 2:23-bk-10990-NB<br><br>Chapter 11<br><br><br><br>Adversary No.:  2:24-ap-01140-NB<br><br>**PROOF OF SERVICE OF ORDER (1) SETTING STATUS CONFERENCES IN RELATED ADVERSARY PROCEEDINGS, AND (2) DIRECTING CHAPTER 11 TRUSTEE TO GIVE NOTICE TO ALL PARTIES**<br><br>[Relates to Docket No. 950 in Case No. 23-10990]<br><br><u>Principal Status Conference:</u><br>Date:     April 8, 2025<br>Time:    2:00 p.m.<br>Place:    Courtroom 1545<br>              255 E. Temple Street<br>              Los Angeles, CA 90012<br>(or via Zoomgov per posted instructions) |
|---|---|

I, Nancy H. Brown, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, Suite 1300, Los Angeles, California 90067.

4920-5062-7879.1 78512.001

On March 14, 2025, I caused a copy of the *Order (1) Setting Status Conferences In Related Adversary Proceedings, And (2) Directing Chapter 11 Trustee To Give Notice To All Parties* to be served as indicated in the manners below:

**SERVED BY U.S. MAIL:**

Leslie Klein & Associates, Inc.
c/o Parker Milliken
555 Flower Street
Los Angeles, CA  90071

Leslie Klein
322 North June Street
Los Angeles, CA  90004

Leslie Klein & Associates, Inc.
c/o Leslie Klein
6454 Van Nuys Blvd. Suite 150
Van Nuys, CA  91401

**SERVED BY EMAIL:**

- Simon Aron    saron@wrslawyers.com, moster@wrslawyers.com;jlee@wrslawyers.com
- Reem J Bello    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- Eric J Olson    eric@ejolsonlaw.com
- Nikko Salvatore Stevens    nikko@cym.law, eService@cym.law,karen@cym.law
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Clarisse Young    youngshumaker@smcounsel.com
- Leslie Klein:  les.kleinlaw@gmail.com; leskleinlaw@gmail.com; kleinlaw@earthlink.net
- Daniel A. Crawford    dac@crawfordlawgroup.com

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on March 14, 2025, at Los Angeles, California.

*/s/ Nancy H. Brown*
Nancy H. Brown

4920-5062-7879.1 78512.001

2